**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-2022**

───────────

KATHLEEN A. MILLER,

Plaintiff - Appellant,

versus

RICHARD DANZIG, SECRETARY OF THE NAVY,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-00-422-2)

───────────

Submitted:  December 20, 2001        Decided:  January 24, 2002

───────────

Before WIDENER, WILKINS, and NIEMEYER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kathleen A. Miller, Appellant Pro Se.  Anita K. Henry, OFFICE OF
THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kathleen A. Miller appeals the district court's order entering judgment as a matter of law in favor of the Secretary of the Navy on her claims of discrimination and retaliation in violation of the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 701-797 (West 1999 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Miller v. Danzig, No. CA-00-422-2 (E.D. Va. filed June 14, 2001; entered June 15, 2001). We deny Miller's motion to stay the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED